# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2806
_____

JAMES LEVOY WATERS,

    Appellant,

    v.

THE GEO GROUP, INC. and
RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellees.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 6, 2026


PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Levoy Waters, pro se, Appellant.

Scott J. Seagle of Coppins Monroe, P.A., Tallahassee, for Appellees.